WILLIAM M. BEARD, RESPONDENT, v. ROGER C. ALDRICH, APPELLANT.

Submitted October 31, 1930—Decided April 17, 1931.

For the appellant, *Martin P. O'Connor* and *J. Edward Ashmead*.

For the respondent, *Francis V. Dobbins* and *Conover English*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, CAMPBELL, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 10.

*For reversal*—None.